BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
MICHAEL L. MYERS (S.B. #240652)
mmyers@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 760-9600

Attorneys for Plaintiff
Richard A. Williamson, on behalf of and as
Trustee for At Home Bondholders'
Liquidating Trust

FAY E. MORISSEAU (Bar. No. 159931)
fmorisseau@mwe.com
DANIEL R. FOSTER (Bar. No. 179753)
dfoster@mwe.com
CHRISTOPHER D. BRIGHT (Bar No. 206273)
cbright@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612
(949) 851-0633

Attorneys for Defendants Blackboard Inc.,
Wimba, Inc., and Elluminate USA, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiff,<br><br>v.<br><br>CITRIX ONLINE, LLC, *et al.*,<br><br>Defendants. | CASE NO. CV 11-02409 AHM (JEMx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BLACKBOARD, WIMBA, AND ELLUMINATE** |

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Richard A. Williamson and Defendants Blackboard Inc., Wimba, Inc., and Elluminate USA, Inc. (collectively, "Blackboard") hereby stipulate that all claims Plaintiff has brought against Blackboard and all counterclaims

Blackboard has brought against Plaintiff are dismissed without prejudice, with each party to bear its own costs and attorneys fees.

Dated: May 9, 2012    Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Michael L. Myers*
Michael L. Myers
Attorney for Plaintiff
RICHARD A. WILLIAMSON, as Trustee
and on Behalf of At Home Bondholders'
Liquidating Trust.

McDERMOTT WILL & EMERY LLP

By: */s/ Daniel R. Foster*
Daniel R. Foster
Attorney for Defendants
BLACKBOARD INC., WIMBA, INC.
and ELLUMINATE USA, INC.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** - 2 -

# CERTIFICATE OF SERVICE

I certify that on May 9, 2012, the foregoing document was filed using the CM/ECF system, which caused a notice of the filing to be sent to all counsel of record.

McDERMOTT WILL & EMERY LLP

By: */s/ Daniel R. Foster*
Daniel R. Foster
Attorney for Defendants
BLACKBOARD INC., WIMBA, INC.
and ELLUMINATE USA, INC.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** - 3 -