BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
GEOFFREY H. YOST (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone:  (949) 760-9600
Facsimile:  (949) 823-6994

WILLIAM C. NORVELL, JR. (*pro hac vice*)
wcnorvell@bmpllp.com
SCOTT D. MARRS (*pro hac vice*)
smarrs@bmpllp.com
BEIRNE, MAYNARD & PARSONS L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone:  (713) 623-0887
Facsimile:  (713) 960-1527

Attorneys for Plaintiff and Counterdefendant
Richard A. Williamson, on behalf of and as
Trustee for At Home Bondholders'
Liquidating Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX ONLINE, LLC, et al.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:11-cv-02409-AHM (JEMx)<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL TO
# THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

Plaintiff and Counterdefendant Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust, hereby gives notice of its appeal to the **UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** of the Stipulated Final Judgment (Dkt. #477), entered November 26, 2012.

Dated: December 6, 2012

Respectfully submitted,

By: /s/ Brett J. Williamson
Brett J. Williamson

Brett J. Williamson (S.B. #145235)
bwilliamson@omm.com
Geoffrey H. Yost (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

William C. Norvell, Jr. (pro hac vice)
wcnorvell@bmpllp.com
Scott D. Marrs (pro hac vice)
smarrs@bmpllp.com
BEIRNE, MAYNARD & PARSONS L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

*Attorneys for Plaintiff and Counterdefendant Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust*