JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX ONLINE, LLC, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-02409-SJO (JEMx)<br><br>**JUDGMENT** |

WHEREAS, on March 22, 2011, Plaintiff filed a Complaint for Patent Infringement alleging infringement of U.S. Patent No. 6,155,840 (the "'840 Patent") by a number of Defendants;

WHEREAS, on September 4, 2012, United States District Court Judge A. Howard Matz issued a Claim Construction Order construing eleven terms and holding that claims 8 through 16 of the '840 Patent are invalid due to indefiniteness;

WHEREAS, Judge Matz entered a Stipulated Final Judgment, Plaintiff appealed to the Court of Appeals for the Federal Circuit, and, on June 16, 2015, the Federal Circuit issued its opinion in *Williamson v. Citrix Online, LLC et al.*, 792 F.3d 1339 (Fed. Cir. 2015), affirming that claims 8 through 16 of the '840 Patent are invalid due to indefiniteness, and remanding on separate grounds;

WHEREAS, the remanded action was ultimately reassigned to this Court and, on September 28, 2015, the Court set a schedule for briefing a motion for summary judgment that all of the remaining asserted claims of the '840 Patent are invalid under 35 U.S.C. § 101, and stayed the action as to all other issues pending the Court's ruling on the motion;

WHEREAS, on February 17, 2016, after considering all the arguments and evidence presented in the moving, opposition, and reply papers, the Court issued an Order granting the Motion for Summary Judgment of Unpatentability Under 35 U.S.C. § 101, finding by clear and convincing evidence that each of the remaining asserted claims is unpatentable under Section 101 as a matter of law:

For the reasons set forth in the Court's February 17, 2016 Order, it is hereby ORDERED, ADJUDGED and DECREED that:

1. FINAL JUDGMENT is entered that claims 1, 3-6, 17-18, and 20-23 of U.S. Patent No. 6,155,840 are invalid under 35 U.S.C. § 101.

2. FINAL JUDGMENT is entered in Defendants' favor on all of Plaintiff's claims for relief.

3. The deadline for the parties to seek recovery of costs (including filing

a Notice of Application and proposed Bill of Costs) and/or attorneys' fees is extended to thirty (30) days following issuance of the mandate in any appeal from this Final Judgment.

4. Subject to paragraph 3, all claims between the parties have now been resolved.

This is a final and appealable judgment.

**IT IS SO ORDERED.**

Dated: March 9, 2016

Hon. S. James Otero
United States District Judge